**DENY and Opinion Filed February 6, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00964-CV**

**IN RE LODGECAP DFW, L.P. AND
INTERMOUNTAIN MANAGEMENT, LLC, Relators**

**Original Proceeding from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-10519**

## MEMORANDUM OPINION

Before Justices Reichek, Smith, and Kennedy
Opinion by Justice Reichek

In this original proceeding, relators seek mandamus relief from the trial court's order excluding certain expert testimony in the underlying personal injury action. Entitlement to mandamus relief requires relators to demonstrate that the trial court clearly abused its discretion and that they lack an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing relators' petition and the record before us, we conclude that relators have failed to demonstrate their entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* Tᴇx. R. Aᴘᴘ. P. 52.8(a).

/Amanda L. Reichek/

AMANDA L. REICHEK
JUSTICE

230964F.P05